UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON S. HARPER,<br><br>        Plaintiff,<br><br>  v.<br><br>J. YATES, et al.,<br><br>        Defendants. | 1: 08 -cv-1033 OWW DLB PC<br><br>ORDER DISMISSING ACTION PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>(Doc # 7) |

      Plaintiff is a prisoner proceeding pro se. This action was removed from Fresno County Superior Court on July 17, 2008. On February 26, 2009, this Court issued an order dismissing Plaintiff's complaint with leave to file an amended complaint. On March 18, 2009, Plaintiff filed a first amended complaint. (Docs. 5, 6).

      On March 25, 2009, plaintiff filed a notice of voluntary dismissal, stating that he wishes to dismiss this action. Pursuant to Federal Rule of Civil Procedure 41(a), an action may be dismissed by plaintiff by filing a notice of dismissal before service by the opposing party of an answer or a motion for summary judgment. None of the defendants named in this action have filed an answer or motion for summary judgment..

///

///

1

1    Accordingly, this action is DISMISSED pursuant to plaintiff's notice of voluntary dismissal
2 and the Clerk of Court is directed to close the file in this action.
3 IT IS SO ORDERED.
4 **Dated:   March 27, 2009**                    **/s/ Oliver W. Wanger**
                                                  UNITED STATES DISTRICT JUDGE